NO. 07-01-0302-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

NOVEMBER 30, 2001

_____

CLAYTON HOYLE, APPELLANT

V.

FEDERATED MUTUAL INSURANCE COMPANY, APPELLEE

_____

FROM THE 151ST DISTRICT COURT OF HARRIS COUNTY;

NO. 2000-08846; HONORABLE CAROLINE BAKER, JUDGE

_____

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

Appellant Clayton Hoyle filed a Motion to Dismiss on November 16, 2001, averring that he no longer wishes to prosecute his appeal.  The Motion to Dismiss is accompanied by a signed affidavit by appellant.

Without passing on the merits of the case, appellant's motion for voluntary dismissal is granted and the appeal is hereby dismissed.  Tex. R. App. P. 42.2.  Having dismissed

the appeal at appellant's personal request, and there being no objection from the appellee, no motion for rehearing will be entertained and our mandate will issue forthwith.


Phil Johnson
Justice


Do not publish.